**EXHIBIT B**

# New York State Unified Court System

## WebCriminal

## Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court: | **Westchester County Court - Criminal Term** |
| Case #: | **06034M-2017** |
| Defendant: | **Rivera, Giovanni** |

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 240.26 01<br>**TOP CHARGE** | **Violation, 1 count, Not an arrest charge, Not an arraignment charge**<br>Description:    *Harassment 2nd- Phy Contact*<br>Indictment Count: *1* | |