**EXHIBIT C**

SUPREME COURT: COUNTY OF WESTCHESTER
STATE OF NEW YORK
----------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

                                                **NOTICE OF APPEAL**

         against-

                                                 Docket No.: 06034M-2017

GIOVANNI RIVERA,

                              Defendant-Appellant.
----------------------------------------------------------------X

COUNSELORS:

        PLEASE TAKE NOTICE that defendant, GIOVANNI RIVERA, hereby appeals to the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, from the attached Decision and Order dated July 10, 2018 and Sentence and Commitment Order of the County Court of the State of New York, County of Westchester (Susan M. Capeci, J.), dated July 11, 2018, and entered in the Office of the Clerk of the County of Westchester on July 26, 2018, and the plaintiff appeals from every part of said Decision and Order and Sentence and Commitment Order, as well as from the whole thereof.

Dated: Bronx, New York
       August 6, 2018

                                                       Respectfully submitted,

                                                       Jaime Santana, Jr., Esq.
                                                     778 Castle Hill Avenue
                                                   Bronx, New York 10473
                                                   (718) 792-2000

TO:   Anthony A. Scarpino, Esq.
       District Attorney of Westchester County
       111 Martin Luther King Blvd.
       White Plains, New York 10601
       913-995-3414

       CLERK OF THE COURT
       COUNTY COURT, ORANGE COUNTY
       111 Martin Luther King Blvd.
       White Plains, New York 10601

Print Form

# Supreme Court of the State of New York
## Appellate Division : Second Judicial Department
### Request For Appellate Division Intervention - Criminal Cases

**Instructions:** Use a separate copy of this form for each judgment, sentence or order appealed from. Multiple convictions under different accusatory instruments, even if the judgments were rendered in the same court on the same day, require the completion of separate copies of this form. Please type or print and answer all questions.

Attach a copy of the notice of appeal. If the appeal is from an order, attach a copy. If the appeal is from a judgment or sentence, attach a copy of the commitment order or an extract of the clerk's minutes.

**Case Title:**
The People of the State of New York,
vs.
**GIOVANNI RIVERA**
Defendant

**For Appellate Division Use Only**
Case No.:
File Opened:

**Appellate Division Status:** Place a ✓ in the appropriate box to indicate the Appellate Division status of the parties.

| | Appellant | Respondent |
|---|---|---|
| Plaintiff | ☐ | ☐ |
| Defendant ✓ | ✓ | ☐ |

**Type of Crime:** If this is an appeal from a judgment of conviction, a sentence or an order granting or denying post-conviction relief, place a ✓ mark in up to five of the following boxes to indicate the type of crime or crimes of which the defendant was convicted. If the conviction was for more than five crimes, check the five most serious charges. Check the O to indicate that the conviction was for the substantive crime and check the ☐ to indicate that the conviction was for an attempt to commit that crime. In the event that the precise crime of which the defendant was convicted does not appear on the following list, check the box comparable to the article of the Penal Law in which the substantive crime is set forth. If this is an appeal by the People from an interlocutory order, check up to five boxes to indicate the crimes of which the defendant has been charged.

O = Substantive Crime   ☐ = Attempt to Commit Crime

- 1 Arson
- 2 Assault & Related Offenses
- 3 Bribery, Not Public Servant & Related Offenses
- 4 Bribery, Public Servants & Related Offenses
- 5 Burglary & Related Offenses
- 6 Children & Incompetents, Offenses Affecting
- 7 Computer Offenses
- 8 Conspiracy
- 9 Controlled Substances, Possession
- 10 Controlled Substances, Sale
- 11 Controlled Substances, Other
- 12 Criminal Facilitation
- 13 Criminal Mischief & Related Offenses
- 14 Criminal Possession of Stolen Property
- 15 Criminal Solicitation
- 16 Enterprise Corruption
- 17 Escape & Offenses Relating to Custody
- 18 False Written Statements - Offenses Involving
- 19 Firearms & Dangerous Weapons, Possession
- 20 Firearms & Dangerous Weapons, Use
- 21 Firearms & Dangerous Weapons, Other
- 22 Forgery & Related Offenses
- 23 Frauds on Creditors
- 24 Frauds, Other
- 25 Gambling Offenses
- 26 Homicide, Abortion
- 27 Homicide, Criminally Negligent
- 28 Homicide, Manslaughter
- 29 Homicide, Murder
- 30 Homicide, Vehicular Manslaughter
- 31 Insurance Fraud
- 32 Kidnapping, Coercion & Related Offenses
- 33 Larceny
- 34 Marihuana Offenses
- 35 Marital Relationship, Offenses Affecting
- 36 Motor Vehicle, Operating Under Influence
- 37 Motor Vehicle, Other
- 38 Obscenity & Related Offenses
- 39 Offenses Relating to Judicial & Other Proceedings
- 40 Official Misconduct, Obstruction of Public Servants
- 41 Perjury & Related Offenses
- 42 Privacy, Offenses Against
- 43 Prostitution Offenses
- 44 Public Order, Offenses Against
- 45 Public Sensibilities, Offenses Against
- 46 Robbery
- 47 Sex Offenses, Rape
- 48 Sex Offenses, Sexual Abuse
- 49 Sex Offenses, Sodomy
- 50 Theft Offenses, Other
- 51 Other ✓

**Original Court Information** (Use another Form D for additional appeals):

**Appeal From** (Check one only): ☐ Judgment  ☐ Order  ✓ Sentence  ☐ Amended Judgment  ☐ Amended Order  ☐ Amended Sentence  ☐ Resettled Order  ☐ Decision  ☐ Other (specify):

**Dated or Rendered:** July 11, 2018

**Indictment or Superior Court Information No.:** 6034M-2017

**Court:** Supreme Court: Integrated Domestic Violence Part

**County:** Westchester

**Judge (name in full):** Susan M. Capeci

**Stage:** ☐ Interlocutory  ✓ Final  ☐ Post-Final

**Conviction:** ☐ Plea of Guilty  ☐ Jury Verdict  ✓ Nonjury Trial  ☐ Not Applicable

**Codefendants:** Were there any codefendants under this accusatory instrument?  ☐ Yes  ✓ No
Names of codefendants convicted under this accusatory instrument:

**Defendant Information** (Please supply any available information):
NYSIS No.:
FBI No.:
Prisoner Identification No.:
Address:

App. Div. : 2nd Dept.

RADI Form D

WWW.APPELLATEINNOVATIONS.COM    Provided as a courtesy by Appellate Innovations

**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

                                                 DECISION AND ORDER
                                                 Docket #17-6034M

-against-

GIOVANNI RIVERA,
                 Defendant.
-----------------------------------------------------------X

FILED AND ENTERED ON 7-10-2018 WESTCHESTER COUNTY CLERK

    A bench trial was held on June 22, 2018, in this matter where the defendant has been charged by information with harassment in the second degree pursuant to P.L. 240.26 (1).

    A person is guilty of harassment in the second degree when, with intent to harass, annoy or alarm another person "1. He or she strikes, shoves, kicks or otherwise subjects such other person to physical contact, or attempts or threatens to do the same."

    Based upon the credible evidence, the Court finds that defendant's violation of the above statute was established beyond a reasonable doubt. The Court therefore finds the defendant guilty on the charge of harassment in the second degree.

    This constitutes the Decision and Order of this Court.

Dated:    July 10, 2018
              White Plains, New York

                                                  HON. SUSAN M. CAPECI
                                                  A.J.S.C.

To:  Hon. Anthony A. Scarpino, Jr.
District Attorney, Westchester County
111 Dr. Martin Luther King Jr. Blvd.
White Plains, New York 10601

Jaime Santana, Jr., Esq.
Attorney for Defendant
1200 Waters Place, Suite 105
Bronx, New York 10461

**EXHIBIT B**

DV180/03

UNIFORM SENTENCE & COMMITMENT

UCS-854(8/2011)

**STATE OF NEW YORK**
**COUNTY COURT, COUNTY OF WESTCHESTER**
**PRESENT: HON CAPECI,S**

Court Part: DV-AM
Court Reporter: C. KUCZINSKI
Superior Ct. Case #: 06034M-2017

The People of the State of New York
-vs-
**GIOVANNI RIVERA**
Defendant

| Accusatory Instrument Charge(s) | Count # | Law/Section & Subdivision |
|---|---|---|
| 1 HARASS2 | 1 | PL 240.26(01) |
| 2 | | |
| 3 | | |
| 4 | | |

| | | | | |
|---|---|---|---|---|
| Sex Male | DOB 04/26/1981 | NYSID #: 12189188J | Criminal Justice Tracking #: 68023418L | Date(s) of Offense: 01/26/2017   To |

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY [ ] PLEA OR [✓] VERDICT ], THE MOST SERIOUS OFFENSE BEING A [ ] FELONY OR [ ] MISDEMEANOR OR [✓] VIOLATION ], IS HEREBY SENTENCED TO:

| Crime | Count # | Law/Section & Subdivision | SMF,Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|
| 1 HARASS2 | 1 | PL 240.26(01) | | | | | | 68023418L |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

** NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].

[ ] Counts ___ shall run CONCURRENTLY with each other   [ ] Count(s) ___ shall run CONSECUTIVELY to count(s) ___
Sentence imposed herein shall run CONCURRENTLY with ___ and/or CONSECUTIVELY to ___
Sentence imposed herein shall include a CONSECUTIVE ___ term of [ [ ] PROBATION OR [ ] CONDITIONAL DISCHARGE ].
with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]
Conviction includes:   WEAPON TYPE: ___   and/or DRUG TYPE: ___
[ ] Charged as a JUVENILE OFFENDER- age at time crime committed: ___ years   [ ] Court certified the Defendant a SEX OFFENDER [Cor. L § 168-d]
[ ] Adjudicated a YOUTHFUL OFFENDER [CPL § 720.20]   [ ] CASAT ordered [PL § 60.04(6)]
[ ] Execute as a sentence of PAROLE SUPERVISION [CPL § 410.91]   [ ] SHOCK INCARCERATION ordered [PL § 60.04(7)]
[ ] Re-sentenced as a PROBATION VIOLATOR [CPL § 410.70]

[ ] As a:  [ ] Second  [ ] Second Violent  [ ] Second Drug  [ ] Second Drug w/prior VFO  [ ] Predicate Sex Offender   **FELONY**
          [ ] Predicate Sex Offender w/prior VFO  [ ] Second Child Sexual Assault  [ ] Persistent  [ ] Persistent Violent   **OFFENDER**

Paid Not Paid Deferred (If deferred, court must file written order [CPL §420.40(5)])   Paid Not Paid Deferred (If deferred, court must file written order [CPL §420.40(5)])

| [✓] [ ] [ ] | Mandatory Surcharge | $95.00 | [ ] [✓] [ ] | Crime Victim Assistance Fee | $25.00 |
| [ ] [ ] [ ] | Fine | $___ | [ ] [ ] [ ] | Restitution | $___ |
| [ ] [ ] [ ] | DNA Fee | $___ | [ ] [ ] [ ] | Sex Offender Registration Fee | $___ |
| [ ] [ ] [ ] | DWI/Other ___ | $___ | [ ] [ ] [ ] | Supplemental Sex Off. Victim Fee | $___ |

THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the NYSDOCS, (New York City Department of Corrections) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

[ ] NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of NYSDOCS, defendant shall remain in the custody of the NYSDOCS.

[ ] NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

[ ] ___ County Jail/Correctional Facility

TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.

**REMARKS:**
1 YEAR CONDITIONAL DISCHARGE
ORDER OF PROTECTION (EXP 7-11-2020)

FILED
JUL 26 2018
TIMOTHY C. IDONI
COUNTY CLERK
COUNTY OF WESTCHESTER

Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated:

Official Name
Shield No.

Pre-Sentence Investigation Report   Attached: [ ] Yes  [✓] No
Order of Protection Issued: [✓] Yes  [ ] No   [ ] Amended Commitment: Original Sentence Date: ___
Order of Protection Attached: [✓] Yes  [ ] No

07/09/2018      A. ROBINSON                                             SENIOR COURT CLERK
Date                    Clerk of the ___                                Title

[Certification stamp: STATE OF NEW YORK, COUNTY OF WESTCHESTER ss: I, TIMOTHY C. IDONI, COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY DO HEREBY CERTIFY THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL THEREOF FILED IN MY OFFICE ON 07/26/2018 AND THAT THE SAME IS A CORRECT TRANSCRIPT THEREFROM AND OF THE WHOLE OF SUCH ORIGINAL. IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AFFIXED MY OFFICIAL SEAL. 6/26/20   COUNTY CLERK AND CLERK OF THE SUPREME AND COUNTY COURTS, WESTCHESTER COUNTY FEE PAID]

Docket No. 23966/2016E

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : ss:
COUNTY OF BRONX          )

I, WANDA CARDONA being duly sworn deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Bronx, New York.

2. On August 6, 2018 I served the within NOTICE OF APPEAL by first class mail by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

ANTHONY SCARPINO, ESQ.
District Attorney of Westchester County
111 Martin Luther King Blvd.
White Plains, New York 10601

CLERK OF THE COURT
COUNTY COURT, WESTCHESTER COUNTY
111 Martin Luther King Blvd.
White Plins, NY   10604

_____
WANDA CARDONA

Sworn to before me this
____ day of August, 2018

_____
Notary Public

Catherine Ziegler
Commissioner of Deeds, City of New York
COD number 3-10053
Certificate filed in Bronx County
Term expires March 1, 2020

Docket No. 06034M-2017
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

---

THE PEOPLE OF THE STATE OF NEW YORK

        against-

GIOVANNI RIVERA,

        Defendant-Appellant

---

## NOTICE OF APPEAL

---

JAIME SANTANA, JR., ESQ.
Attorneys for Defendant-Appellant
3397 East Tremont Avenue
Bronx, NY 10461
(718) 822-0500

BY _____
      JAIME SANTANA, JR., ESQ.