UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIOVANNI RIVERA,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY et al.,<br><br>　　　　　　　Defendants. | 20 Civ. 01350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Defendants filed a motion to dismiss (dkt. no. 19) on June 28, 2021.  Plaintiff has not responded to the motion to date.

　　Plaintiff shall respond to the motion to dismiss no later than October 5, 2021.  Failure to respond by that day may result in the Court's granting the motion by default or dismissal of the action for failure to prosecute.

　　The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　September 28, 2021

　　　　　　　　　　　　　　*Loretta A. Preska*
　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　Senior United States District Judge

1