UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIOVANNI RIVERA,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE PORT AUTHORITY OF NEW YORK<br>AND NEW JERSEY et al.,<br><br>                    Defendants. | 20 Civ. 1350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons given on the record at oral argument on March 17, 2022, Defendants' motion to dismiss the Amended Complaint is granted without prejudice.  Plaintiff is granted leave to amend the complaint, which shall be filed within 30 days of this order.

    The Clerk of the Court shall mark as closed the open motion to dismiss (dkt. no. 19).

**SO ORDERED.**

Dated:    New York, New York
          March 17, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge

1