UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIOVANNI RIVERA,

                       Plaintiff,

-v.-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,

                       Defendants.

20 Civ. 01350 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    On June 9, 2023, the Court ordered Plaintiff to show cause as to why the following Defendants had not been served within the 90-day window allowed under Rule 4(m) of the Federal Rules of Civil Procedure: The Port Authority Police Department; P.O. Steven Andelhelm; LT. Scott Pomerantz; Police Officer; Det. Lt. Steven Andelheim; The Port Authority Police Benevolent Association, Inc.; Police Officer Frank Conti; Port Authority Police Benevolent Association Political Action Committee, Inc.; Superintendent Michael Fedorko; and Lt. Michael Brennan (collectively, "Defendants").[1] ECF No. 40. In that Order, the Court cautioned that, "[i]f Plaintiff fails to file a letter by **June 23, 2023**, showing good cause why such service was not made within the 90 days, the Court may dismiss the aforementioned Defendants from this action without further notice." *Id.* at 1.

    The Court has not received the required letter from Plaintiff addressing his failure to serve Defendants or otherwise responding to the Court's June 9 Order. Accordingly, the Court dismisses all claims as against Defendants.

---

[1] All names listed herein are spelled and formatted in the same manner as they appear on the docket.

The Clerk of Court is directed to terminate The Port Authority Police Department; P.O. Steven Andelhelm; LT. Scott Pomerantz; Police Officer; Det. Lt. Steven Andelheim; The Port Authority Police Benevolent Association, Inc.; Police Officer Frank Conti; Port Authority Police Benevolent Association Political Action Committee, Inc.; Superintendent Michael Fedorko; and Lt. Michael Brennan from this action.

    SO ORDERED.

Dated:  June 26, 2023
         New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge