UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIOVANNI RIVERA,

                              Plaintiff,

              -v.-

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, et al.,

                              Defendants.

20 Civ. 01350 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

At the June 23, 2023 conference in this matter, the Court set a briefing schedule for

Defendants' motion to dismiss the Second Amended Complaint.  *See* ECF No. 43.  That schedule

is hereby modified as follows:

Defendants shall re-file their opening brief by **July 7, 2023**;

Plaintiff shall file his opposition within **21 days** of the filing of the opening brief; and

Defendants shall file their reply within **14 days** of the filing of the opposition.

SO ORDERED.

Dated: July 6, 2023
       New York, New York

                                        JENNIFER H. REARDEN
                                        United States District Judge