UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIOVANNI RIVERA,<br><br>      Plaintiff,<br><br>   -v.-<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,<br><br>      Defendants. | 20 Civ. 01350 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  In light of Defendants' motion to dismiss the Second Amended Complaint docketed at ECF No. 45, Defendants' earlier-filed motion to dismiss docketed at ECF No. 34 is hereby DENIED as moot.

  The Clerk of Court is directed to terminate ECF No. 34.

  SO ORDERED.

Dated: July 17, 2023
   New York, New York

                    _____
                    JENNIFER H. REARDEN
                    United States District Judge