UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                            :

GIOVANNI RIVERA,                          :

                            Plaintiff,   :      20cv1350(DLC)

                                            :      ORDER

                -v-                        :

THE PORT AUTHORITY OF NEW YORK AND        :
NEW JERSEY, et al.,                       :
                          Defendants.  :

                                               :
----------------------------------------X

DENISE COTE, District Judge:

    This case having been reassigned to this Court for all purposes, it is hereby

    ORDERED that the parties shall file a letter no later than December 17, 2025, apprising the Court of the status of this action.

    IT IS FURTHER ORDERED that the parties shall, no later than December 19, 2025, provide this Court one copy of the operative complaint and two courtesy copies of all motions pending in this case by mail or hand-delivery to 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
           December 8, 2025

                                    _____
                                      DENISE COTE
                        United States District Judge