UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
GIOVANNI RIVERA,                          :
                                          :        20cv1350(DLC)
                         Plaintiff,       :
                                          :           ORDER
             -v-                          :
                                          :
THE PORT AUTHORITY OF NEW YORK AND        :
NEW JERSEY, et al.,                       :
                         Defendants.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     On January 6, 2026, plaintiff's counsel emailed to Chambers

a letter that he was required to file on ECF.  The letter

indicated that it had been served "via electronic case filing,"

but that was not accurate.  If counsel needs assistance with ECF

filing he should contact the ECF Help Desk.  Accordingly, it is

hereby

     ORDERED that plaintiff's counsel shall abide by the Court's

ECF Rules in connection with all future submissions to the

Court.

Dated:     New York, New York
           January 13, 2026

                                   _____
                                          DENISE COTE
                                   United States District Judge