UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GIOVANNI RIVERA,                        :
                                        :        20cv1350(DLC)
                    Plaintiff,          :
                                        :        ORDER
         -v-                            :
                                        :
THE PORT AUTHORITY OF NEW YORK AND      :
NEW JERSEY, et al.,                     :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     The defendants filed a motion to dismiss the second amended

complaint on July 7, 2023.  On December 5, 2025, this action was

reassigned to this Court.  On December 18, plaintiff's counsel

informed the Court that the plaintiff had passed away.  Pursuant

to Rule 25(a)(1), Fed. R. Civ. P., upon a party's death, a

motion for substitution may be made by any party or by the

decedent's successor or representative within 90 days after

service of a formal notice of death.  If a motion for

substitution is not made within 90 days of service of the

notice, the action must be dismissed.  Id.  Plaintiff's counsel

is in the process of obtaining Letters of Administration from

the Surrogate's Court and has not served formal notice of the

plaintiff's death.  Accordingly, it is hereby

     ORDERED that the defendants' motion to dismiss shall be

terminated on ECF.  The defendants may move by letter to

reinstate the motion upon the successful substitution of the plaintiff within 90 days of service of formal notice of the plaintiff's death.

IT IS FURTHER ORDERED that the plaintiff's counsel shall file a status report on the process of obtaining Letters of Administration by **April 13, 2026.**

Dated:     New York, New York
           February 11, 2026

                                 _____
                                 DENISE COTE
                                 United States District Judge

2