UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

GIOVANNI RIVERA,
                                       :
                                       :       20cv1350(DLC)
                        Plaintiff,     :
                                       :       ORDER
             -v-                       :
                                       :
THE PORT AUTHORITY OF NEW YORK AND     :
NEW JERSEY, et al.,                    :
                        Defendants.    :
                                       :

---------------------------------------X

DENISE COTE, District Judge:

This action was reassigned to this Court on December 5, 2025.  Since that date, plaintiff's counsel has repeatedly failed to respond the Court's instructions and abide by its deadlines, including those contained in Orders of January 5, 12, and 13, 2026.  On January 22, plaintiff's counsel appeared at a hearing to show cause as to why sanctions should not have been entered against him for his repeated failures to abide by the Court's instructions.  At that conference, plaintiff's counsel informed the Court for the first time that the plaintiff had died in March 2025.

An Order of February 11 instructed plaintiff's counsel to file a status report on the process of obtaining Letters of Administration by April 13.  After plaintiff's counsel failed to do so, an Order of April 14 ordered plaintiff's counsel to show cause by April 24 as to why the case should not be dismissed for

failure to prosecute.   On April 24, plaintiff's counsel informed the Court that a petition for Letters of Administration had been filed two days earlier, on April 22.   Accordingly, it is hereby

ORDERED that plaintiff's counsel shall file a status report on the process of obtaining Letters of Administration by **July 17, 2026.**   Failure to do so will result in dismissal of this case for failure to prosecute.

Dated:    New York, New York
          April 28, 2026

_____
DENISE COTE
United States District Judge

2